**93–646.** Leber v. Smith. *Erie County,* No. E–87–43. On motion for leave to exceed page limit. Motion granted and thirty pages allowed.

WRIGHT, J., dissents.

RESNICK, J., not participating.